# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-25-131-GF-JTJ |
| vs. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| CHANCE JONTE LAWRENCE, | |
| Defendant. | |

United States Magistrate John Johnston entered Findings and Recommendation in this matter on August 11, 2026. Neither party objected and therefore they are not entitled to de novo review of the record. 28 U.S.C. §636(b)(1); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Johnston recommended this Court accept Chance Lawrence's (Lawrence) guilty plea after Lawrence appeared before him pursuant to Federal

-1-

Rule of Criminal Procedure 11, and entered his plea of guilty to Count II of the Indictment.  I find no clear error in Judge Johnston's Findings and Recommendation, and I adopt them in full, including the recommendation to defer acceptance of the plea until sentencing when the Court will have reviewed the record in this case.

DATED this 11th day of August 2026.

_____

Brian Morris, Chief District Judge
United States District Courts